Probable jurisdiction noted. *Jordan Jay Hillman* and *John C. Danielson* for appellant. *Philip H. Porter* and *R. K. Merrill* for appellees. *Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum, Robert W. Ginnane* and *Arthur Cerra* filed a memorandum for the United States and the Interstate Commerce Commission in support of appellant.

No. 775. AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA ET AL. *v.* WITTSTEIN ET AL. C. A. 2d Cir. Certiorari granted. THE CHIEF JUSTICE and MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Henry Kaiser, Eugene Gressman, George Kaufmann* and *David I. Ashe* for petitioners. *Godfrey P. Schmidt* for respondents. *David E. Feller, Elliot Bredhoff, Jerry D. Anker* and *Michael H. Gottesman* for Industrial Union Department, AFL–CIO, as *amicus curiae,* in support of the petition.

No. 804. FARMER *v.* ARABIAN AMERICAN OIL CO.; and No. 808. ARABIAN AMERICAN OIL CO. *v.* FARMER. C. A. 2d Cir. Certiorari granted. The cases are consolidated and a total of two hours is allotted for oral argument. *Kalman I. Nulman* and *William V. Homans* for petitioner in No. 804. *Chester Bordeau* for petitioner in No. 808.

No. 799. CENTRAL LOUISIANA ELECTRIC CO., INC., ET AL. *v.* MOSES ET AL. C. A. 5th Cir. Certiorari denied. *W. Ford Reese* for petitioners. *H. Alva Brumfield* for respondents.